UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN McCALL, | No. 2:24-cv-02352-CKD |
| Plaintiffs, | |
| v. | ORDER |
| GREYHOUND LINES, INC., | |
| Defendant. | |

Plaintiff, proceeding through counsel, initiated this action on August 29, 2024. (ECF No. 1.) The parties have consented to magistrate judge jurisdiction for all further proceedings. ECF No. 8.

Defendant has filed an answer to the complaint (ECF No. 5), but there is currently no pretrial schedule in effect. Good cause appearing, the court will order the parties to file status reports and proposed pretrial dates, including discovery and dispositive motion deadlines. The parties are strongly encouraged to submit a joint proposal if possible. The parties need not propose deadlines beyond the dispositive motion deadline at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than thirty (30) days from the date of this order, the parties shall file reports on the status of this litigation and any pertinent issues, including whether a settlement conference would be beneficial at this time.

2. No later than thirty (30) days from the date of this order, the parties shall file proposed pretrial deadlines as described above.

Dated: September 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mccall2352.orderafteranswer