WEBBER & EGBERT EMPLOYMENT LAW, P.C.
Kelsey A. Webber, State Bar No. 303721
Kelsey.Webber@webberlawgroup.com
Douglas M. Egbert, State Bar No. 265062
Douglas.Egbert@webberlawgroup.com
Shaelyn A. Stewart, State Bar No. 335149
Shaelyn.Stewart@webberlawgroup.com
Lena K. Foellmer, State Bar No. 353089
Lena.Foellmer@webberlawgroup.com
1610 R Street, Suite 300
Sacramento, CA 95811
Telephone: (916) 588-0683

Attorneys for Plaintiff ALLEN MCCALL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN MCCALL,<br><br>    Plaintiff,<br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:24−cv−02352−CKD<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER OF DISMISSAL

1

Plaintiff ALLEN MCCALL and Defendant GREYHOUND LINES, INC. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 21, 2025                WEBBER & EGBERT EMPLOYMENT LAW, P.C.


By: */s/ Shaelyn A. Stewart*
        Kelsey A. Webber
        Douglas M. Egbert
        Shaelyn A. Stewart
        Lena K. Foellmer

Attorneys for Plaintiff
ALLEN MCCALL


Dated: March 21, 2025                LITTLER MENDELSON, P.C.


By: */s/ Stephanie A. Kierig*
        Karimah J. Lamar
        Stephanie A. Kierig

Attorneys for Defendant
GREYHOUND LINES, INC.

STIPULATION AND ORDER OF DISMISSAL
2

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own fees and costs. The Clerk is directed to close the file.

Dated: March 26, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

28  STIPULATION AND ORDER OF DISMISSAL